UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RACHEL MONETTE

VERSUS

THE PROCTOR & GAMBLE MANUFACTURING COMPANY, ET AL.

CIVIL ACTION

24-798-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr., dated March 10, 2025, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's Motion to Remand[4] is granted, and this action is remanded to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

**IT IS FURTHER ORDERED** that the parties bear their own costs.

Signed in Baton Rouge, Louisiana, on this 27 day of March, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 18.
[2] Rec. Doc. 27.
[3] Rec. Doc. 28.
[4] Rec. Doc. 18.

*19th JDC - Certified*